UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH PETLEY, formerly known as ELIZABETH KISHORE,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY CREDIT UNION; MCT GROUP, INC., doing business as MCT GROUP,<br><br>Defendants. | Case No. 16cv891 JM (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Elizabeth Petley, Defendant San Diego County Credit Union, and Defendant MCT Group, Inc. jointly move to dismiss this case, with prejudice, because the parties have settled their dispute. (Doc. No. 41.) The court hereby grants the motion. This case is dismissed, with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

DATED: July 10, 2017

JEFFREY T. MILLER
United States District Judge

16cv0891 JM (RBB)